BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

KATHERINE L. WAWRZYNIAK (CABN 252751)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7317
    Facsimile: (415) 436-7027
    katherine.wawrzniak@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JASON RAY MEEKS, <br><br> Defendant. | No. CR 16-00372 RS <br><br> STIPULATION AND [~~PROPOSED~~] ORDER SETTING SENTENCING DATE BEFORE HON. RICHARD SEEBORG |

On March 20, 2017, the defendant entered open guilty pleas to Counts 1 and 2 of the Indictment. (ECF 30.) On May 23, 2017, the parties appeared before the Honorable Thelton E. Henderson for a hearing regarding defendant's suitability for placement in the Court's Conviction Alternatives Program (CAP). (ECF 38.) Over the government's objection, the Court referred defendant to the CAP program and continued sentencing in this matter to July 23, 2018 at 2:30 p.m.

On August 14, 2017, the case was reassigned to the Hon. Richard Seeborg, due to Judge Henderson's retirement. (ECF 41.) Judge Seeborg is not available between July 23 and 26, 2018. Therefore, the parties hereby request that the sentencing date be continued to Tuesday, July 31, 2018 at 2:30 p.m. The parties further request that U.S. Probation complete its presentence investigation report in this matter within 90 days of the defendant's anticipated CAP graduation date, as previously ordered by

Judge Henderson. (ECF 38.)

SO STIPULATED.

DATED: August 15, 2017					BRIAN J. STRETCH
							United States Attorney

							_____/s/_____
							KATHERINE L. WAWRZYNIAK
							Assistant United States Attorney

DATED: August 15, 2017					_____/s/_____
							JODI LINKER
							Counsel for Defendant Jason Ray Meeks

For the reasons stated, sentencing in this matter is hereby re-set for Tuesday, July 31, 2018 at 2:30 p.m. The presentence investigation report in this matter shall be prepared within 90 days of the defendant's anticipated CAP graduation date.

IT IS SO ORDERED.

DATED: 8/15/17						_____
							HONORABLE RICHARD SEEBORG
							United States District Judge

Attestation of Filer

In addition to myself, the other signatory to this document is Jodi Linker. I attest that I have her permission to enter a conformed signature on her behalf and to file the document.

DATED: August 15, 2017					_____/s/_____
							KATHERINE L. WAWRZYNIAK
							Assistant United States Attorney

STIP. AND PROPOSED ORD. RE SENTENCING DATE
CR-16-00372 RS